UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-233-FL-1

UNITED STATES OF AMERICA                                    ORDER

        V.

ANDRES SANTOS TZUM-QUIM

---

        BASED UPON the motion of Counsel for the Defendant, and for good cause appearing;

the Court hereby grants the motion and authorizes payment for the services of Sofia Crews, an

interpreter, in excess of $800.00, but not to exceed $1,064.12, based upon the present motion.

        SO ORDERED.

        This the 26th day of May 2015.

                                          _____
                                          LOUISE W. FLANAGAN
                                          United States District Judge